

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00019-CV

TAISHA GIVENS, APPELLANT

V.

THEO ALLEN GATEWAY, APPELLEE

On Appeal from the County Court at Law No. 5
Collin County, Texas[1]
Trial Court No. 005-05750-2025, Honorable Randy Johnson, Presiding

March 4, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Taisha Givens, filed a notice of appeal from the trial court's *Final Judgment* without paying the requisite filing fee. By letter of February 12, 2026, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by February 23, 2026, would result in dismissal of the appeal. To date,

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam